IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Alonzo N. Justice,                  :

        Petitioner          :        Case No. 2:10-cv-01152

  v.                                :        Judge Smith

Warden, Chillicothe Correctional    :        Magistrate Judge Abel
Institution,
                                    :
        Respondent

## ORDER

The Clerk of Court is DIRECTED to remove petitioner's August 30, 2012 motion for leave to appeal (doc. 23) from the pending motions list. It is MOOT.

                                            s/Mark R. Abel
                                            United States Magistrate Judge